**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, and the STATE OF INDIANA | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| THE SURFRIDER FOUNDATION, and THE CITY OF CHICAGO | ) ) | Civil Action No. 2:18-cv-00127 |
| Plaintiffs-Intervenors, | ) ) ) | |
| v. | ) ) | |
| UNITED STATES STEEL CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

**MOTION AND APPLICATIONS FOR ATTORNEYS' FEES AND COSTS**
**BY THE SURFRIDER FOUNDATION AND THE CITY OF CHICAGO**

Plaintiffs-Intervenors the Surfrider Foundation ("Surfrider") and the City of Chicago ("the City") (collectively, "Plaintiffs-Intervenors"), as substantially prevailing parties and pursuant to 33 U.S.C. § 1365 of the Clean Water Act and Federal Rule of Civil Procedure 54(d), move this Court for an award of attorneys' fees and costs, plus interest, in favor of Plaintiffs-Intervenors and against Defendant U. S. Steel Corporation. The grounds for this motion are set forth in a separate Brief in Support of Applications for Fees and Costs by the Surfrider Foundation and the City of Chicago ("Brief in Support"). The Exhibits to the Brief in Support include declarations and reports detailing the hours spent on the matter, costs incurred, and the rates sought for the attorneys, paralegal, student law clerks and experts who worked on the

litigation, as well as declarations from environmental attorneys attesting to the reasonability of the hours invested and rates requested.

WHEREFORE, Plaintiffs-Intervenors respectfully requests that this Court enter an order granting:

(1) Surfrider's application for reasonable attorneys' fees and costs in the amount of $813,365.25, plus interest, as summarized in Exhibit Q,

(2) the City's application for reasonable attorneys' fees and costs in the amount of $863,209.90, plus interest, as summarized in Exhibit CC, and

(3) such other relief that the Court deems just and equitable under the circumstances.

Dated: August 21, 2023.

Respectfully submitted,

By:   /s/ Mark N. Templeton

Mark N. Templeton
Abrams Environmental Law Clinic
University of Chicago Law School
6020 S. University Ave.
Chicago, IL 60637
(773) 702-9611
templeton@uchicago.edu

*Counsel for The Surfrider Foundation*

/s/ Fiona A. Burke
Fiona A. Burke, Deputy Corp. Counsel
Regulatory and Contracts Division
City of Chicago Department of Law
2 N. LaSalle St., Suite 540
Chicago, IL 60602
(312) 744-6929
Fiona.Burke@cityofchicago.org

*Counsel for the City of Chicago*